IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERMAINE J. JAMES                                                                                          PLAINTIFF

      v.                              Civil No. 12-5036

WASHINGTON COUNTY JAIL;
and JUSTIN FAUBUS                                                                                      DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is *pro se*.

Plaintiff failed to submit an *in forma pauperis* (IFP) application with his complaint. By order entered on June 7, 2012 (Doc. 5), Plaintiff was given until June 25, 2012, to either submit a completed IFP application or pay the $350 filing fee.

On June 14, 2012, a change of address (Doc. 6) was entered on Plaintiff's behalf. On July 11, 2012, an order was entered giving Plaintiff until July 30, 2012, to show cause why this action should not be dismissed based on his failure to respond to an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b). Plaintiff has not responded to the show cause order. No mail has been returned since the change of address was entered on June 14, 2012 (Doc. 6). Plaintiff has not communicated with the Court.

For the reasons stated, I recommend that this case be dismissed for failure to comply with the orders of the Court and failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of August 2012.

                                                /s/ *Erin L. Setser*
                                                HON. ERIN L. SETSER
                                                UNITED STATES MAGISTRATE JUDGE