```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**JERMAINE J. JAMES**                                                **PLAINTIFF**

       v.            Civil No. 12-5036

**WASHINGTON COUNTY JAIL; and**
**JUSTIN FAUBUS**                                                    **DEFENDANTS**

### O R D E R

Now on this 27th day of August, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #8), filed on August 6, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #8) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE